**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1780**

_____

SHARON FORD,

        Plaintiff - Appellant,

    v.

LOUIS DEJOY, Post Master General,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:23-cv-00632-D-KS)

_____

Submitted:  December 19, 2024                Decided:  December 23, 2024

_____

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Sharon Ford, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharon Ford appeals the district court's order granting Defendant's motion to dismiss and dismissing without prejudice Ford's civil complaint for failure to state a claim.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ford v. DeJoy*, No. 5:23-cv-00632-D-KS (E.D.N.C. July 25, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's order dismissing the complaint without prejudice is a final, appealable order because the district court did not grant Ford leave to amend. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc).